■ In the Matter of JOHN McGUIRE, V.M.D., Petitioner, v MICHAEL J. HOBLOCK, JR., as Chairman of the New York State Racing and Wagering Board, et al., Respondents. [808 NYS2d 669]—

Determination of respondent State Racing and Wagering Board, dated September 24, 2004, finding that petitioner veterinarian violated 9 NYCRR 4043.3 (d) and 4012.4 (c), and imposing a 180-day suspension and a $1,000 fine, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Jane S. Solomon, J.], entered February 25, 2005) dismissed, without costs.

Substantial evidence, including, in particular, the eyewitness testimony of respondent's investigator, supports the findings that petitioner attempted to administer a prohibited "milkshake" on the day of a race and did so without making reasonable inquiry whether the horse was scheduled to race that day. No basis exists to disturb the hearing officer's findings of credibility (*see e.g. Matter of Sachs v New York State Racing & Wagering Bd., Div. of Harness Racing*, 1 AD3d 768, 772 [2003], *lv denied* 2 NY3d 706 [2004]). The penalty imposed does not shock our sense of fairness (*cf. Matter of Beckwith v New York State Racing & Wagering Bd.*, 219 AD2d 516 [1995]). Concur—Mazzarelli, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.